IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**JUDGE CAROLINE M. CRAVEN**
**LAW CLERK JENNIFER ORGERON**
**COURTROOM DEPUTY/ECRO HAILEE AMOX**
**COURT REPORTER THERESA SAWYER**

| | |
|---|---|
| **GINA PIKE,** | § |
| *Plaintiff,* | § § § |
| v. | §   Case No. 4:17-CV-772-ALM-CMC |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** | § § § § |
| *Defendants.* | § |

**ATTORNEYS FOR PLAINTIFF:** LONNIE JAMES ROACH, JR.
**ATTORNEYS FOR DEFENDANT:** ANNA EMAN IMOSE, JODI WARMBROD DISHMAN

01/10/18

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 9:59 | Matter called for hearing on the following motions:<br>• Plaintiff's Motion for Judgment on the Record (Docket Entry #17)<br>• Defendant's Motion/Cross-Motion for Judgment on the Record (Docket Entry #25) |
| 10:01 | Lonnie James Roach, Jr., presents argument on behalf of the Plaintiff. |
| 10:46 | Ten minute recess. |
| 11:01 | Anna Eman Imose presents argument on behalf of the Defendant. |
| 11:44 | Mr. Roach responds to Plaintiff's argument. |
| 11:57 | Ms. Imose replies to Mr. Roach. |
| 12:03 | Mr. Roach responds to Plaintiff's argument. |
| 12:05 | Reports and recommendations will be out in approximately 30 days. All reports and recommendations will come out at one time. |
| 12:05 | Adjourned. |